IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:16-CV-414-BO

| | |
|---|---|
| GENIA LOCKLEAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| OLD MAIN PHARMACY, INC., ) | |
| ) | |
| Defendant. ) | |

This case comes before the court on the parties' joint motion (D.E. 20) for a continued stay of this matter and request for a telephone status conference. In addition, defendant Old Main Pharmacy, Inc. ("defendant") filed a motion (D.E. 22) for extension of the dispositive motion deadline in the Case Management Order (D.E. 12). For good cause shown, both motions are ALLOWED. A status conference will be held on Wednesday, 15 November 2017, at 3:00 p.m. Counsel shall contact Deputy Clerk Bobbie Horton no later than noon on Monday, 13 November 2017, at (919) 645-1774 to make appropriate telephonic arrangements. At the status conference, the parties should be prepared to discuss the appropriateness of the entry of an amended Case Management Order. The stay previously entered in this case will be continued through the date of the status conference. In addition, the dispositive motion deadline is stayed pending further amendments to the Case Management Order.

SO ORDERED, this _6_ day of November 2017.

James E. Gates
United States Magistrate Judge