IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-414-BO

| | | |
|---|---|---|
| GENIA LOCKLEAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| OLD MAIN PHARMACY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The pending motion for court-hosted settlement conference [DE 29] is ALLOWED. The clerk is DIRECTED to refer this matter to United States Magistrate Judge Robert B. Jones, Jr. for settlement conference.

SO ORDERED, this ⟋5⟍ day of March, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE